**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-3324SI

_____

Marcia Sharon Neal,                            *
                                               *
            Appellant,                         *      Appeal from the United States
                                               *      District Court for the Southern
      v.                                       *      District of Iowa.
                                               *
Walgreen Drug Stores, also known as            *          [UNPUBLISHED]
Walgreen Company,                              *
                                               *
            Appellee.                          *

_____

Submitted:  May 21, 1997
    Filed:  May 30, 1997

_____

Before McMILLIAN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

       Marcia Sharon Neal appeals the district court's adverse grant of summary judgment in Neal's action to recover for injuries sustained in a purse-snatching incident in front of a Walgreen's store.  We review a grant of summary judgment under a well-established standard.  Because this is a diversity action, we review de novo questions of state law.  Having considered the record and the parties' briefs, we are satisfied the district court correctly applied the controlling law and the record supports the district court's ruling.  Because a comprehensive opinion in this diversity case would lack

precedential value, we affirm on the basis of the magistrate judge's ruling without further discussion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.